SELENA F. ROYLE, Respondent, *v.* NATHANIEL C. GOODWIN, Appellant.

*Royle* v. *Goodwin*, 118 App. Div. 906, affirmed.
(Argued March 10, 1908; decided March 31, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 21, 1907, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict and affirming an order denying a motion for a new trial in an action to recover for an alleged breach of a written contract.

*Archibald Foote Clarke* and *Joseph D. Redding* for appellant.

*William R. Wilder* and *John Ewen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.